UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10 CR 75 RWS |
| | ) |
| LEONARD W. WILSON, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

This matter is before the Court on Defendant's motion to suppress statements.

Pursuant to 28 U.S.C. § 636(b), this motion was referred to United States Magistrate Judge Frederick R. Buckles. The government filed a response in opposition to the motion of the defendant. Judge Buckles held an evidentiary hearing on March 23, 2010. The parties filed supplemental briefs after the hearing.

On June 4, 2010, Judge Buckles filed his Report and Recommendation in which he recommended that the defendant's motion to suppress be denied. On June 18, 2010, Defendant Wilson filed his objections to the Report and Recommendation.

I have conducted a *de novo* review of the motion, the evidentiary hearing

and the briefs filed by the parties. After careful consideration I will adopt and sustain the thorough reasoning of Judge Buckles in his recommended rulings on June 4, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles [#30] dated June 4, 2010, is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Leonard Wilson's Motion to Suppress Statements [#21] is DENIED.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of July, 2010.